SEPTEMBER 9, 2004

No. 04A197. REID v. JOHNSON, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS, ET AL. Application for preliminary injunction, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied. JUSTICE STEVENS would grant the application for preliminary injunction.

SEPTEMBER 24, 2004

No. 02–1028. NORFOLK SOUTHERN RAILWAY CO. v. JAMES N. KIRBY, PTY LTD., DBA KIRBY ENGINEERING, ET AL. C. A. 11th Cir. Parties are directed to file supplemental briefs addressing the following question: "Does federal or state substantive law govern the questions presented?" The Acting Solicitor General is invited to file an *amicus* brief on the same question. Briefs are to be filed with the Clerk and served upon opposing counsel on or before 3 p.m., Monday, October 4, 2004. Twenty copies of the briefs prepared under this Court's Rule 33.2 may be filed initially in order to meet the October 4 filing date. Forty copies of the briefs prepared under this Court's Rule 33.1 are to be filed as soon as possible thereafter.

SEPTEMBER 27, 2004

No. 04–104. UNITED STATES v. BOOKER. C. A. 7th Cir.; and No. 04–105. UNITED STATES v. FANFAN. C. A. 1st Cir. Motion of the Acting Solicitor General to dispense with printing the joint appendix granted. Motion of respondents for divided argument granted. Each counsel must be prepared to discuss both questions presented. Motion of Ad Hoc Group of Former Judges for leave to participate in oral argument as *amici curiae* and for divided argument denied.